IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ACEY REAVIS, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 20-1284 |
| v. ) | |
| PAUL AURANDT, BURKOVICH and ) | |
| LISA DUNCAN, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**ORDER of COURT**

And now this 31st day of August, 2022, in accordance with the opinion, it is hereby ORDERED that the magistrate judge's Report and Recommendation (ECF No. 41), to which no objections were filed, is adopted as the opinion of this court. It is further ORDERED that this case is dismissed with prejudice for failure to prosecute. The clerk shall mark this case closed.

BY THE COURT:

/s/ *Joy Flowers Conti*
Joy Flowers Conti
Senior United States District Court Judge

CC: (via US Mail)
Acey Reavis
1941 N. 52nd Street
Philadelphia, PA 19131